UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

| | |
|---|---|
| BOBBY FRANCIS LOWRY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 23-83-H-BMM |

vs.

STATE OF MONTANA
ELECTRICAL BOARD, et al.,

       Defendants.

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of January 26, 2024 (Doc. 3), this action is DISMISSED for failure to pay the filing fee.

    Dated this 20th day of March, 2024.

                      TYLER P. GILMAN, CLERK

                      By: /s/ T. Gesh
                      T. Gesh, Deputy Clerk